**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Frederick A. GRUNDY, Defendant—Appellant.**

No. 01–50578.

D.C. No. CR–98–00561–ABC.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 17, 2003.

Before CANBY, O'SCANNLAIN, and T.G. NELSON, Circuit Judges.

MEMORANDUM**

Frederick A. Grundy appeals the district court's judgment and sentence imposed following revocation of Grundy's supervised release. Grundy's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw based on counsel's failure to discover any arguable issues for review. Grundy did not file a pro se supplemental brief. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct.

346, 102 L.Ed.2d 300 (1988), discloses no arguable issues.

We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

